IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH SHAWN WALKER,
      Plaintiff,

vs.                                 Case No.:  3:15cv572/MCR/EMT

SANTA ROSA COUNTY JAIL,
      Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  The court noted there had been no activity in this case in over a year, which may have been owing in part to the fact that the court's order, which granted Plaintiff's motion for leave to proceed in forma pauperis, was returned to the court by the postal service marked "return to sender" and "unable to forward" (ECF No. 5).  Thus, on October 10, 2017, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court, or failure to keep the court apprised of his current address (ECF No. 6).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to respond to the court's order.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 2nd day of November 2017.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:15cv572/MCR/EMT